(Pleito No. 43.—Fallado el 14 de Abril de 1900.)

## López contra Zalduondo.

Recurso contra sentencia dictada por el Tribunal de Distrito de San Juan.

Se falló: Que el Tribunal Supremo declarará sin lugar un recurso en el que la cuantía objeto del litigio no excede de cuatrocientos dollars.